UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

FILED
FEB 2 4 2016
DAVID CREWS, CLERK
BY_____
Deputy

UNITED STATES OF AMERICA

v.

CRIMINAL NO. 4:16CR024
18 U.S.C. § 2250(a)

ALVIN R. JACKSON, JR.

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

From on or about October 1, 2015, to on or about February 17, 2016, in the Northern District of Mississippi and elsewhere, ALVIN R. JACKSON, JR., defendant, being a person required to register under the Federal Sex Offender Registration and Notification Act, knowingly failed to update a registration as a sex offender as required by the laws of the State of Mississippi, and knowingly failed to register as a sex offender in the State of Kentucky; all in violation of Title 18, United States Code, Section 2250(a).

A TRUE BILL

/s/ [signature]
UNITED STATES ATTORNEY

/s/redacted signature
FOREPERSON